1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:13-MJ-00298 DAD |
| --- | --- |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| DAVONTE MARLIN STINSON, | |
| Defendant. | |

18    The United States' motion to dismiss without prejudice the underlying UFAP complaint and

19 recall the arrest warrant in the above referenced case, 13-MJ-00298 CKD against defendant DAVONTE

20 MARLIN STINSON is GRANTED.

21 DATED: November 4, 2013.

                                          _____
                                          HONORABLE EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE